FILED JUL 01 2024

Dear Mr. John S. Burbanker of Guilford County office of The Clerk currently Employed at The United States District court 324 West Market Street, Room 401 Guilford County Greensboro, N.C. 27401 __: I MR. Xavar Tyler write to you of my current And past post conviction(s) of Matter(s) of which have exceeded (6.) six continue(s) of As follows IN A court of criminal Law of CR Number(s) to follow of ___: 23CR491790-330: 24CR232865-330_: 23CR386548-330_: Sir please do concur with of IN A Speedily Fashion to Inform Me of Those Imperative Matter(s) of which the State of North Carolina; INcluding; The County of Forsyth have Deliberately Committed Double Jeoperody of All Addressed Above of enclosed Matter(s) of CR Number(s) sir. My current location Is of As Follows of: 201 North Church Street Winston Salem, N.C. 27101 At Their Jail Facility sir. I would Also like to Employment; that I Am on probation of placed By Judge on May 7th, 2024 And was told That I would go home on This

page (2.) Day of May 7th, 2024 so please do concur with Reading And sending me a certificate of Service of The Judgement proceeding(s) And The Judgement prociding(s) of on This Day of May 7th, 2024 —: of IN District Crimal Courtroom of 201 Sir of Arraund 9:30 AM untill 10:45 AM ectera Sir.

Respectfully Submitted By....

"letter of Serious Emergency" of Two pages

Aüan Tyler

6/25/24

Page (3.)

Note; of "Emergency"
This IS A Petition of Relief From ~~Convicted~~ Conviction(s) or Sentence(s) By this County of Forsyth of Crimal Court Only Sir of Courtroom(s) 201 And Superior of 308